■ In the Matter of THOMAS BRYANT, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [872 NYS2d 333]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered July 17, 2008) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Smith, J.P., Centra, Peradotto and Gorski, JJ.

■ In the Matter of WAHEEM ALLAH, Petitioner, v TIM HODSON et al., Respondents. [872 NYS2d 333]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered July 2, 2008) to review a determination. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Smith, J.P., Centra, Peradotto and Gorski, JJ.